[No. 18138-0-II.     Division Two.     July 26, 1996.]

CLIFFORD L. ROSS, ET AL., *Appellants*, v. RICHARD W. KNANNLEIN, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 91-2-01171-8, Paula Casey, J., entered March 15, 1994. *Affirmed* by unpublished opinion per Turner, J., concurred in by Morgan and Bridgewater, JJ.

[No. 18429-0-II.     Division Two.     July 26, 1996.]

KEN THORGERSON, ET AL., *Appellants*, v. KINGSTON LUMBER SUPPLY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-2-01524-2, Leonard W. Kruse, J., entered June 8, 1994. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater and Turner, JJ.

[No. 18606-3-II.     Division Two.     July 26, 1996.]

PAUL BLALOCK, JR., *Appellant*, v. KINEDYNE WEST, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-02242-2, Waldo F. Stone, J., entered August 10, 1994. *Reversed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Turner, JJ.

[No. 19087-7-II.     Division Two.     July 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR E. READ, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 94-1-00110-6, Joel M. Penoyar, J., entered January 13, 1995. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Turner, JJ.